**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re: **Trista Kay Smith**

Case No. 26-31119
Chapter 13
Hon. Applebaum

Debtor(s).
______________________________/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES Leo J. Foley Jr as an interested party in this matter and requests that all notices be directed to:

Leo J. Foley Jr
Bankruptcy Law Office
2425 S. Linden Road, Ste C
Flint, MI 48532

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure Leo J. Foley Jr hereby enters his Notice of Appearance as interested party in this matter.

Dated: September 16, 2026

Respectfully submitted,

BANKRUPTCY LAW OFFICE
/s/ Leo J. Foley Jr
Leo J. Foley Jr (P76060)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
leo@bklawoffice.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re: **Trista Kay Smith**

Case No. 26-31119
Chapter 13
Hon. Applebaum

Debtor(s).
______________________________/

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026 I electronically filed the Appearance of Counsel and Request for Notice with the Clerk of the Court using the ECF system which will send notification of the filing to the Following

**Melissa A Caouette**
**Chapter 13 Trustees Office Flint**
**400 N. Saginaw Ste.**
**Suite 331**
**Flint, MI 48502**
**810-238-4675**

**Sean M. Cowley (UST)**
**United States Trustee**
**211 West Fort Street**
**Suite 700**
**Detroit, MI 48226**
**(313) 226-3432**

**David W. Brown**
**1820 N. Lapeer Road, Suite 2A**
**Lapeer, MI 48446**
**(810) 245-6082**
**Email: davidbrownlaw@live.com**

and I hereby certify that I mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

(None)

Dated: September 16, 2026

Respectfully submitted,

BANKRUPTCY LAW OFFICE
/s/ Leo J. Foley Jr
Leo J. Foley Jr (P76060)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
leo@bklawoffice.com